IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VERONICA MIRELES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-CV-46-RP |
| NATIONAL CREDIT ADJUSTERS, LLC And EQUIFAX INFORMATION SERVICES, LLC, | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the Plaintiff Veronica Mireles's ("Plaintiff") Notice of Voluntary Dismissal of Defendant Equifax Information Services, LLC ("Equifax"). (Dkt. 9). Plaintiff asks that the Court dismiss all claims against Equifax with prejudice. (*Id.* at 1). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Equifax has not served an answer or motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015). This stipulation has no effect on Plaintiff's claims against any other defendant to this action.

**IT IS ORDERED** that Equifax is **TERMINATED** as a party in this case.

**SIGNED** on April 15, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE